AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ■ ACTION ☐ APPEAL | COURT NAME AND LOCATION: |
|---|---|
| | US District Court, District of South Carolina<br>300 E Washington St, NE<br>Greenville, SC 29601 |
| DOCKET NO.<br>6-19-cv-3274-TMC | DATE FILED<br>November 20, 2019 | |
| PLAINTIFF<br>David Oppenheimer<br>Asheville, NC | DEFENDANTS:<br>Greenville Zoo Educational Foundation Inc, 150 Cleveland Park Dr, Greenville, SC 29601<br><br>Friends of the Greenville Zoo Inc, 150 Cleveland Park Dr, Greenville, SC 29601<br>Nexstar, 1703 Laurel St, Columbia, SC 29201<br>WSPA LLC, 171 Church St, Ste 330, Charleston, SC 29401 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  Vau 1-080-482 | Unpublished Concert Photography Summer-Fall 2011<br>(Bruce Hornsby) | David Oppenheimer |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross bill  ☐ Other Pleading |
|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| X Order  ☐ Judgment | ☐ YES  X NO | 8/13/20 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Robin L. Blume | L K McAlister | ~~11/22/19~~  9/1/20 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy