UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **David Oppenheimer, Plaintiff,** § § | |
| **v.** § § | Civil Action No.: 6:19-cv-03274-TMC |
| **Friends of the Greenville Zoo, Inc.,** § **Amanda Harley Allen;** *and* § **Perfect Pitch Productions, LLC** § Defendants. § | |

### STIPULATION OF VOLUNATRY DISMISSAL OF ALL DEFENDANTS

Plaintiff, David Oppenheimer ("Oppenheimer" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 41, hereby files this notice of voluntary dismissal of all claims in this action asserted against the Defendants Friends of the Greenville Zoo, Inc. ("Zoo"), Amanda Harley-Allen ("Harley-Allen"), and Perfect Pitch Productions, LLC ("Perfect Pitch") with prejudice. All parties to bear their own costs and attorneys' fees.

**ALLEN LEGAL**

By:    /s **Samuel K. Allen**
SC Bar 68552
Federal ID No. 7744
1417 Ashley Road
Charleston, South Carolina  29407
Ofc: 843-481-4000
sam@allenlegal.net
joann@allenlegal.net

**LEJUNE LAW FIRM**

**Dana A. LeJune**
Texas Bar: 12188250
NC Bar: 49025
Scott M. Francis
Texas Bar: 24088795

1

                                              2

1225 North Loop W
Suite 825
Houston, Texas 77008
713.942.9898 Phone
713.942.9899 Facsimile
dlejune@triallawyers.net
*Pro Hac Vice Counsel*

**NORTH CAROLINA OFFICE:**
7 Orchard Street
Suite 200
Asheville, NC 28801
828-774-5800 Office

Attorneys for Plaintiff

Charleston, South Carolina

December 18, 2020

2